THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 19 CR 10438-GAO |
| | ) | |
| ERIC MEIGGS | ) | |

## ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING

Now comes Mr. Meiggs with the assent of the government and moves this Honorable Court to continue the Rule 11 Hearing currently scheduled for February 24, 2021 approximately 30 days. In support thereof, the parties have continue to work towards a potential plea agreement and have narrowed the framework of any such agreement.

Mr. Meiggs is now able to participate remotely, and agrees to proceed at any new date by video.

Respectfully submitted,

ERIC MEIGGS
By his Attorney,
/s/ *Joshua R. Hanye*
Joshua R. Hanye
B.B.O. #661686
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper St., Fifth Floor
Boston, MA  02210
(617) 223-8061

## Certificate of Service

I, Joshua Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: February 22, 2021                                        */s/ Joshua Hanye*
                                                                                               Joshua Hanye