THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | 19 CR 10438-GAO |
| | ) | |
| ERIC MEIGGS | ) | |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

Now comes Mr. Meiggs with the assent of the government and moves this Honorable Court to continue the sentencing currently scheduled for September 22, 2021 to a date convenient to the Court in May 2022. In support thereof, Mr. Meiggs is participating in the RISE program, which requires a year of pre-sentencing participation in various programs determined by the probation department. Mr. Meiggs pled guilty on April 28, 2021, and was not eligible to begin RISE until after he had changed his plea to guilty. On July 20, 2021, the probation department submitted a memo to the Court and the parties confirming that Mr. Meiggs is continuing his participation in RISE and in compliance with his conditions of release.

Respectfully submitted,

ERIC MEIGGS
By his Attorney,
/s/ *Joshua R. Hanye*
Joshua R. Hanye
B.B.O. #661686
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper St., Fifth Floor
Boston, MA  02210
(617) 223-8061

## Certificate of Service

I, Joshua Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: August 2, 2021                      */s/ Joshua Hanye*
                                                                               Joshua Hanye